# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert T. Whitecloud, ) | No. CV 07-2069-PHX-NVW (GEE) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Craig Apker, ) | |
| Respondent. ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Edmonds (Doc. # 20) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. # 1). The R&R recommends that the Petition be dismissed for failure to exhaust administrative remedies or in the alternative denied on the merits. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 5 (citing 28 U.S.C. § 636(b)). No objections were filed.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a) ("Within 10 days after being served with a copy of the magistrate judge's order, a party may

1  serve and file objections to the order; a party may not thereafter assign as error a defect in
2  the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*
3  *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
4  21 (9th Cir. 2002).

5      Notwithstanding the absence of an objection, the court has reviewed the R&R and
6  finds that it is well taken. The court will accept the R&R and dismiss the Petition. *See* 28
7  U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or
8  in part, the findings or recommendations made by the magistrate").

9      IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate
10 Judge (Doc. # 20) is accepted.

11     IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing
12 petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2251 (Doc. #
13 1) for lack of exhaustion of administrative remedies, or in the alternative on the merits. The
14 Clerk shall terminate this action.

15     DATED this 14th day of April, 2008.

                                          Neil V. Wake
                                      United States District Judge